FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 02, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>JOSE ARMANDO MUNOZ-ESQUIVEL,<br><br>               Defendant. | No. 4:13-CR-02045-EFS-1<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO VOLUNTARILY WITHDRAW § 2255 MOTION** |

On May 18, 2018, Defendant/Petitioner Jose Armando Munoz-Esquivel filed a pro se Motion for Writ of Error Coram Nobis, ECF No. 168. On June 26, 2018, the Court issued an order construing Mr. Munoz-Esquivel's petition as one brought pursuant to 28 U.S.C. § 2255, advised him of the deficiencies in his petition, and withheld ruling to provide him the opportunity to voluntarily withdraw or amend it. *See* ECF No. 169. On July 30, 2018, Mr. Munoz-Esquivel filed a Motion to Withdraw His 2255 Motion, ECF No. 170.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant/Petitioner Armando Munoz-Esquivel's Motion to Withdraw His 2255 Motion, **ECF No. 170,** is **GRANTED**.

//

/

ORDER - 1

**2.** **The Clerk's Office** shall administratively terminate Mr. Munoz-Esquivel's construed § 2255 Motion, **ECF No. 168**, and **CLOSE** the file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to Mr. Munoz-Esquivel, former defense counsel, and the Government.

**DATED** this __2nd__ day of August 2018.

s/Edward F. Shea___
EDWARD F. SHEA
Senior United States District Judge
